UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID WOLK, et al.,

    Plaintiff(s),

    v.

VERIZON CALIFORNIA, INC., et al.,

    Defendant(s).

_____/

No. C 11-3916 PJH

**ORDER DENYING MOTION TO TRANSFER**

    Before the court is defendants' motion to transfer this case to the District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a).  The motion is based not on the convenience of the parties and witnesses, but on defendants' belief that the interests of justice require the transfer to discourage or prevent plaintiffs' forum shopping.  The court has reviewed the papers submitted by both sides and is unpersuaded that plaintiffs have engaged in improper forum shopping.  The motion to transfer is consequently DENIED.  The January 18, 2012 date for hearing is VACATED.

    **IT IS SO ORDERED.**

Dated: January 9, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge