UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID WOLK and BARBARA WOLK, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>VERIZON CALIFORNIA, INC., a California corporation, ENHANCED SERVICES BILLING, INC., a Texas corporation, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No:  C 11-3916 SBA<br><br>**ORDER TO SHOW CAUSE** |

The parties shall show cause in writing why this case should not be stayed and administratively closed pending the resolution of the appeal in the related action entitled Moore et al. v. Verizon Communications, Inc., et al., 09-01823 SBA.  The parties shall respond to this order by no later than 3:00 p.m. on September 25, 2014.  Alternatively, the parties may file a stipulation for dismissal under Rule 41 of the Federal Rules of Civil Procedure.  The parties are warned that the failure to timely comply with this Order shall constitute consent to the Court issuing an Order staying and administratively closing this case pending the resolution of the appeal in the related action.  In the event this case is stayed and administratively closed, any party may move to reopen the case at any time by filing a noticed motion.

　　　　IT IS SO ORDERED.

Dated: 9/24/2014

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　United States District Judge