UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID WOLK and BARBARA WOLK, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>VERIZON CALIFORNIA, INC., a California corporation, ENHANCED SERVICES BILLING, INC., a Texas corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No:  C 11-3916 SBA<br><br>**ORDER** |

On September 24, 2014, the Court issued an Order to Show Cause ("OSC"), directing the parties to show cause in writing why this case should not be stayed and administratively closed pending the resolution of the appeal in the related action entitled Moore et al. v. Verizon Communications, Inc., et al., 09-01823 SBA.  The parties were ordered to respond by no later than 3:00 p.m. on September 25, 2014.  The parties were warned that the failure to timely comply with the OSC would constitute consent to the Court issuing an Order staying and administratively closing this case pending the resolution of the appeal in the related action.

On September 25, 2014, Defendant Verizon California Inc. ("Verizon") filed a timely response to the OSC, stating that it should be dismissed from this action with prejudice because no appeal was taken from the Court's Order granting final approval of the settlement in the related action.  In its response, Verizon indicated that Plaintiffs' counsel has represented that he will consider dismissing this action, but will not have a request for dismissal on file by the OSC deadline.  Verizon does not object to the Court

issuing an order staying and administratively closing this action.  To date neither Plaintiffs nor Defendant Enhanced Services Billing Inc. has responded to the OSC.

In light of the foregoing,

IT IS HEREBY ORDERED THAT:

1. This action is STAYED and ADMINISTRATIVELY CLOSED pending the resolution of the appeal in <u>Moore et al. v. Verizon Communications, Inc., et al.</u>, 09-01823 SBA.  Upon the resolution of the appeal in the related action, the parties shall jointly submit to the Court, within two (2) weeks, a letter requesting that a case management conference be scheduled.

2. Any party may move to reopen the case at any time by filing a noticed motion.

3. This Order does not preclude the parties from filing a stipulation for dismissal under Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: September 26, 2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge